**FILED**

AUG - 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
SEALED,                         )   2:07-CR-0338 GEB
                                )
          Defendant.            )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: 8/8/07

KIMBERLY J. MUELLER
United States Magistrate Judge