FILED
August 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-0338 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RUSSELL STRICKLER, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RUSSELL STRICKLER , Case No.  CR S-07-0338 GEB , Charge  Title 18 USC § 2252 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 100,000

    _X_ Unsecured Appearance Bond  *co-signed by wife & father. To be followed by 1/2 secured bond, secured by wife's residence*

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) *Pretrial Services Supervision of conditions of release*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 15, 2007  at  3:05  pm .

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge