MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
RUSSELL STRICKLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-338 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE; ORDER** |
| v. ) | **EXCLUDING TIME UNDER THE** |
| ) | **SPEEDY TRIAL ACT** |
| ) | |
| RUSSELL STRICKLER ) | DATE: October 26, 2007 |
| ) | TIME: 9:00 a.m. |
| ) | JUDGE: HON. GARLAND E. |
| Defendant ) | BURRELL JR. |
| ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN K. DELANEY, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the status conference shall be re calendared for October 26, 2007, from September 21, 2007.

Defense counsel will use the time period of September 21, 2007 through and to October 26, 2007 to review the computer generated discovery in the case, conduct legal

Stip

1 research, interview witnesses for the case, conduct on going
2 negotiations with the United States, review sentencing
3 issues, and advise the defendant in the time period
4 referenced in the time exclusion.

5     All counsel and defendant agree that time under the
6 Speedy Trial Act from the date of September 21, 2007 through
7 October 26, 2007 should be excluded in computing the time
8 within which trial must commence under the Speedy Trial Act,
9 pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local
10 Code T4 for effective defense preparation.

11 DATED: September 21,    Respectfully submitted,

12     /s/ MARK J. REICHEL
    MARK J. REICHEL
13     Attorney for Defendant

14

    McGREGOR W. SCOTT
15     United States Attorney

16 DATED: September 21    /s/ MARK J. REICHEL for:
    CAROLYN K. DELANEY
17     Assistant U.S. Attorney
    Attorney for Plaintiff

18

19 **O R D E R**

20 **IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

21

22 Dated: October 24, 2007

23

24 _____
    GARLAND E. BURRELL, JR.
    United States District Judge

25

26

27

28

Stip and Order    2