```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff,     )<br>)<br>    v.               )<br>)<br>RUSSELL STRICKLER,     )<br>)<br>    Defendant.       )<br>_____ ) | CR No. S 07-0338 GEB<br><br><br><br>STIPULATION AND ORDER |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Mark Reichel, that the defendant's pre-trial release conditions should be amended as follows to comply with the Adam Walsh Act. Specifically, at the request of the Pre-trial Services Officer, and with the agreement of the parties, the pre-trial release conditions should be amended to include the following language:

> **"You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

**CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer."**

Dated: December 13, 2007              Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      U.S. Attorney

                                      /s/ Carolyn K. Delaney

                                      CAROLYN K. DELANEY
                                      Assistant U.S. Attorney


Dated: December 13, 2007              /s/ Mark Reichel

                                      MARK REICHEL
                                      Attorney for Russell Strickler


### ORDER

**IT IS HEREBY ORDERED**: That the defendant's conditions of pretrial release shall be amended to include the following language:

> **"You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**
>
> **CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer."**

Dated:   December 13, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2