MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
RUSSELL STRICKLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-338 GEB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| RUSSELL STRICKLER | DATE: February 15, 2008 |
| | TIME: 9:00 a.m. |
| Defendant | JUDGE: HON. GARLAND E. BURRELL JR. |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN K. DELANEY, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the status conference shall be re calendared from November 30, 2007, to February 15, 2008.

Defense counsel will use the time period through to February 15, 2008 to review the computer generated discovery in the case, conduct legal research, interview witnesses for

Stip

the case, conduct on going negotiations with the United States, review sentencing issues, and advise the defendant in the time period referenced in the time exclusion.

All counsel and defendant agree that time under the Speedy Trial Act from the date of November 30, 2007 through February 15, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: January 15, 2008        Respectfully submitted,

                               /s/ MARK J. REICHEL
                               MARK J. REICHEL
                               Attorney for Defendant


                               McGREGOR W. SCOTT
                               United States Attorney

DATED: January 15, 2008        /s/ MARK J. REICHEL for:
                               CAROLYN K. DELANEY
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: January 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                            2