```
1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
6  Attorney for Defendant
   RUSSELL STRICKLER
7
```

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   ) NO. CR-S-07-338 GEB
                                )
12              Plaintiff,      ) **STIPULATION TO CONTINUE**
                                ) **STATUS CONFERENCE; ORDER**
13      v.                      ) **EXCLUDING TIME UNDER THE**
                                ) **SPEEDY TRIAL ACT**
14                              )
    RUSSELL STRICKLER           ) DATE: March 21, 2008
15                              ) TIME: 9:00 a.m.
                                ) JUDGE: HON. GARLAND E.
16              Defendant       )    BURRELL JR.
                                )

17

18  _____

19       IT IS HEREBY STIPULATED by and between the parties

20  hereto through their respective counsel, CAROLYN K. DELANEY,

21  Assistant United States Attorney, MARK J. REICHEL, attorney

22  for defendant, that the date for the status conference shall

23  be re calendared to March 21, 2008.

24       Defense counsel will use the time period to review the

25  computer generated discovery in the case, conduct legal

26  research, interview witnesses for the case, conduct on going

27  negotiations with the United States, review sentencing

28  Stip

issues, and advise the defendant in the time period referenced in the time exclusion.

All counsel and defendant agree that time under the Speedy Trial Act from the date of February 15, 2008 through March 21, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: February 14 2008          Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant


McGREGOR W. SCOTT
United States Attorney

DATED: February 14 2008          /s/ MARK J. REICHEL for:
CAROLYN K. DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                    2