1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
6  Attorney for Defendant
   RUSSELL STRICKLER
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,    ) NO. CR-S-07-338 GEB
11                              )
              Plaintiff,        ) **STIPULATION TO CONTINUE**
12                              ) **STATUS CONFERENCE; ORDER**
        v.                      ) **EXCLUDING TIME UNDER THE**
13                              ) **SPEEDY TRIAL ACT**
                                )
14 RUSSELL STRICKLER            ) DATE: April 25, 2008
                                ) TIME: 9:00 a.m.
15                              ) JUDGE: HON. GARLAND E.
              Defendant         )    BURRELL JR.
16                              )

17
   _____
18 ___

19     IT IS HEREBY STIPULATED by and between the parties

20 hereto through their respective counsel, CAROLYN K. DELANEY,

21 Assistant United States Attorney,  MARK J. REICHEL, attorney

22 for defendant, that the date for the status conference shall

23 be re calendared to April 25 2008.

24     Defense counsel will use the time period to review the

25 computer generated discovery in the case, conduct legal

26 research, interview witnesses for the case, conduct on going

27 negotiations with the United States, review sentencing

28 Stip

issues, and advise the defendant in the time period referenced in the time exclusion.

All counsel and defendant agree that time under the Speedy Trial Act from the date of March 19, 2008 through April 25, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: Mark 19 2008          Respectfully submitted,

                             /s/ MARK J. REICHEL
                             MARK J. REICHEL
                             Attorney for Defendant


                             McGREGOR W. SCOTT
                             United States Attorney

DATED: March 19 2008         /s/ MARK J. REICHEL for:
                             CAROLYN K. DELANEY
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: March 20, 2008

                             /s/ Garland E. Burrell
                             GARLAND E. BURRELL, JR.
                             United States District Judge

Stip and Order                                    2