MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
RUSSELL STRICKLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>RUSSELL STRICKLER<br><br>       Defendant | NO. CR-S-07-338 GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE: May 16, 2008<br>TIME: 9:00 a.m.<br>JUDGE: HON. GARLAND E.<br>   BURRELL JR. |

_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN K. DELANEY, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the status conference shall be re calendared to May 16 2008.

    Defense counsel will use the time period to review the computer generated discovery in the case, conduct legal research, interview witnesses for the case, conduct on going negotiations with the United States, review sentencing

Stip

issues, and advise the defendant in the time period referenced in the time exclusion.

All counsel and defendant agree that time under the Speedy Trial Act from the date of the filing of this stipulation through May 16, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: April 24 2008        Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant


McGREGOR W.  SCOTT
United States Attorney

DATED: April 24 2008        /s/ MARK J. REICHEL for:
CAROLYN K. DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  April 25, 2008

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                2