MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
RUSSELL STRICKLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-338 GEB |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. ) | |
| RUSSELL STRICKLER ) | DATE: June 20, 2008 |
| ) | TIME: 9:00 a.m. |
| Defendant ) | JUDGE: HON. GARLAND E. BURRELL JR. |

_____

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the status conference shall be re calendared to June 20, 2008.

   Defense counsel will use the time period to review the computer generated discovery in the case, conduct legal research, interview witnesses for the case, conduct on going negotiations with the United States, review sentencing

Stip

1 issues, and advise the defendant in the time period
2 referenced in the time exclusion.
3     Additionally, defendant Strickler is undergoing a
4 medical operation and surgery June 5, 2008 and will be unable
5 to attend court until June 20, 2008.  Mr. Strickler will have
6 surgery to remove a portal in his right chest area, to be
7 replaced by a portal in his right thigh area, the portal is
8 used for his dialysis.
9     All counsel and defendant agree that time under the
10 Speedy Trial Act from the date of the original agreement and
11 execution of this stipulation, May 16, 2008 through and to
12 June 20, 2008, should be excluded in computing the time
13 within which trial must commence under the Speedy Trial Act,
14 pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local
15 Code T4 for effective defense preparation.

DATED: June 5 2008            Respectfully submitted,

                              /s/ MARK J. REICHEL
                              MARK J. REICHEL
                              Attorney for Defendant

                              McGREGOR W. SCOTT
                              United States Attorney

DATED: June 5 2008            /s/ MARK J. REICHEL for:
                              KYLE REARDON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

1                              **O R D E R**

2     **IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: June 6, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                           3