1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5

6  Attorney for Defendant
   RUSSELL STRICKLER
7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,  ) NO. CR-S-07-338 GEB
11                            )
                Plaintiff,    ) **STIPULATION TO CONTINUE**
12                            ) **STATUS CONFERENCE; ORDER**
        v.                    ) **EXCLUDING TIME UNDER THE**
13                            ) **SPEEDY TRIAL ACT**
                              )
14 RUSSELL STRICKLER          )  DATE: June 27, 2008
                              )  TIME: 9:00 a.m.
15                            )  JUDGE: HON. GARLAND E.
                Defendant     )      BURRELL JR.
16                            )

17

18  _____
    ___

19      IT IS HEREBY STIPULATED by and between the parties

20  hereto through their respective counsel, CAROLYN DELANEY,

21  Assistant United States Attorney,  MARK J. REICHEL, attorney

22  for defendant, that the date for the status conference shall

23  be re calendared to June 27, 2008.

24      Defense counsel will use the time period to review the

25  computer generated discovery in the case, conduct legal

26  research, interview witnesses for the case, conduct on going

27  negotiations with the United States, review sentencing

28  Stip

1  issues, and advise the defendant in the time period

2  referenced in the time exclusion.

3      All counsel and defendant agree that time under the

4  Speedy Trial Act from the date of the original agreement and

5  execution of this stipulation, June 19, 2008 through and to

6  June 27, 2008, should be excluded in computing the time

7  within which trial must commence under the Speedy Trial Act,

8  pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local

9  Code T4 for effective defense preparation.

10  DATED: June 19 2008        Respectfully submitted,

11  _____    /s/ MARK J. REICHEL
                                       MARK J. REICHEL
12                                     Attorney for Defendant

13

14                                     McGREGOR W.  SCOTT
                                       United States Attorney

15  DATED: June 19 2008            /s/ MARK J. REICHEL for:

16                                     CAROLYN DELANEY
                                       Assistant U.S. Attorney
17                                     Attorney for Plaintiff

18

19

20

21

22                            **O R D E R**

23  _____

24      **IT IS SO ORDERED.**  Time is excluded in the interests of justice
   pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

25  Dated:  June 23, 2008

26

27  _____
   GARLAND E. BURRELL, JR.
28  United States District Judge

Stip and Order              2

PDF created with pdfFactory trial version www.pdffactory.com