1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5

6  Attorney for Defendant
   RUSSELL STRICKLER
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   ) NO. CR-S-07-338 GEB
                               )
12          Plaintiff,         ) **STIPULATION TO CONTINUE**
                               ) **STATUS CONFERENCE; ORDER**
13     v.                      ) **EXCLUDING TIME UNDER THE**
                               ) **SPEEDY TRIAL ACT**
                               )
14 RUSSELL STRICKLER           ) DATE: July 25, 2008
                               ) TIME: 9:00 a.m.
15                             ) JUDGE: HON. GARLAND E.
            Defendant          )    BURRELL JR.
16                             )

17
   _____
18 ___

19     IT IS HEREBY STIPULATED by and between the parties

20 hereto through their respective counsel, CAROLYN DELANEY,

21 Assistant United States Attorney,  MARK J. REICHEL, attorney

22 for defendant, that the date for the status conference shall

23 be re calendared to July 25, 2008.

24     Defense counsel will use the time period to review the

25 computer generated discovery in the case, conduct legal

26 research, interview witnesses for the case, conduct on going

27 negotiations with the United States, review sentencing

28 Stip

issues, and advise the defendant in the time period referenced in the time exclusion.

All counsel and defendant agree that time under the Speedy Trial Act from the date of the original agreement and execution of this stipulation, June 26, 2008 through and to July 25, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: June 26 2008          Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

DATED: June 26 2008          /s/ MARK J. REICHEL for:
CAROLYN DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: June 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                              2