1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5

6  Attorney for Defendant
   RUSSELL STRICKLER
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,   ) NO. CR-S-07-338 GEB
11                             )
                  Plaintiff,   ) **STIPULATION TO CONTINUE**
12                             ) **STATUS CONFERENCE; ORDER**
         v.                    ) **EXCLUDING TIME UNDER THE**
13                             ) **SPEEDY TRIAL ACT**
                               )
14 RUSSELL STRICKLER           )  DATE: September 12, 2008
                               )  TIME: 9:00 a.m.
15                             )  JUDGE: HON. GARLAND E.
              Defendant        )     BURRELL JR.
16                             )

17

   _____
18 ___

19     IT IS HEREBY STIPULATED by and between the parties

20 hereto through their respective counsel, LAUREL WHITE,

21 Assistant United States Attorney,  MARK J. REICHEL, attorney

22 for defendant, that the date for the status conference shall

23 be re calendared to September 12, 2008.

24     Defense counsel will use the time period to review the

25 computer generated discovery in the case, conduct legal

26 research, interview witnesses for the case, conduct on going

27 negotiations with the United States, review sentencing

28 Stip

1  issues, and advise the defendant in the time period

2  referenced in the time exclusion.

3       All counsel and defendant agree that time under the

4  Speedy Trial Act from the date of the original agreement and

5  execution of this stipulation, July 22, 2008 through and to

6  September 12, 2008, should be excluded in computing the time

7  within which trial must commence under the Speedy Trial Act,

8  pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local

9  Code T4 for effective defense preparation.

10  DATED: July 22  2008              Respectfully submitted,

11                                    /s/ MARK J. REICHEL
                                      MARK J. REICHEL
12                                    Attorney for Defendant

13
                                      McGREGOR W.  SCOTT
14                                    United States Attorney

15  DATED: July 22 2008               /s/ MARK J. REICHEL for:
                                      LAUREL WHITE
16                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

17

18

19

20

21

22
                                O R D E R
23

24       **IT IS SO ORDERED**.  Time is excluded in the interests of justice
    pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

25  Dated: July 24, 2008

26

27  _____
    GARLAND E. BURRELL, JR.
28  United States District Judge

Stip and Order                        2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order                                                        3