McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2780

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-00338-GEB |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| RUSSELL STRICKLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Russell Strickler, it is hereby
    ORDERED, ADJUDGED AND DECREED as follows:
    1.  Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:
        a)  Dell Inspiron Laptop;

        b)  Toshiba 40 gigabyte hard drive; and

        c)  CDs.

    2.  The above-listed property includes visual depictions of minors engaged in sexually explicit conduct as described in 18

U.S.C. § 2256 and such property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from a violation of 18 U.S.C. § 2252(a)(2) or was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

    3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

    4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, in a manner consistent with the provisions of Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  Any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days of the final publication of the notice or receipt of direct written notice, whichever is earlier.

      b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the

1  petitioner under penalty of perjury, and shall set forth the
2  nature and extent of the petitioner's right, title or interest in
3  the property, the time and circumstances of the petitioner's
4  acquisition of the right, title or interest in the property, and
5  any additional facts supporting the petitioner's claim, and the
6  relief sought.
7          c.  The United States may also, to the extent
8  practicable, provide direct written notice to any person known to
9  have alleged an interest in the property that is the subject of
10 the Order of Forfeiture, as a substitute for published notice as
11 to those persons so notified.
12    5.  If a petition is timely filed, upon adjudication of all
13 third-party interests, if any, this Court will enter a Final
14 Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
15 interests will be addressed.

Dated:  November 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge