MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
RUSSELL STRICKLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-338 GEB |
| Plaintiff, | **STIPULATION TO CONTINUE DATE FOR SELF SURRENDER; ORDER** |
| v. | DATE: February 13, 2009 |
| | TIME: 2:00 p.m. |
| RUSSELL STRICKLER | JUDGE: HON. GARLAND E. BURRELL JR. |
| Defendant | |

_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL WHITE, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the self surrender for service of sentence shall be continued to February 13, 2009 at 2:00 p.m.

Stip for self surrender

1  All other terms and conditions of the defendant's
2  release shall remain in full force and effect.
3  DATED: January 22 2009           Respectfully submitted,

                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for Defendant


                                    LAWRENCE BROWN
                                    United States Attorney

DATED: January 22 2009              /s/ MARK J. REICHEL for:
                                    LAUREL WHITE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff



                            **O R D E R**

**IT IS SO ORDERED.**

Dated: January 22, 2009


                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

Stip and Order                              2