1  MARK J. REICHEL, Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 Capitol Mall, 3rd Floor Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258

4  Attorney for Defendant
   RUSSELL STRICKLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-07-338-GEB |
| Plaintiff, ) | |
| ) | |
| v.  ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND DATE FOR SELF** |
| ) | **SURRENDER** |
| ) | |
| RUSSELL STRICKLER ) | Date: March 13, 2009 |
| ) | Time: n/a |
| Defendant. | Judge: Hon. GARLAND E. BURRELL |

   IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO that the date for the self surrender of the defendant to serve the term previously imposed shall be set for March 13, 2009 at 2:00 p.m.

   IT IS SO AGREED:


DATED: February 26, 2009       /s/

                               MARK J. REICHEL
                               ATTORNEY AT LAW
                               Attorney for defendant

Stip and Order

1 | DATED: February 26, 2009        LAWRENCE BROWN
                                    UNITED STATES ATTORNEY


                                    /s/ Mark Reichel

                                    By LAUREL WHITE
                                    ASSISTANT UNITED STATES ATTORNEY


   IT IS SO ORDERED. All other orders of this court in
shall remain in full force and effect.

Dated: 2/26/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                              2