LAWRENCE G. BROWN
Acting United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00338-GEB |
| | ) | |
| Plaintiff, | ) | [Proposed] ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| v. | ) | |
| | ) | |
| RUSSELL STRICKLER, | ) | |
| | ) | |
| Defendant. | ) | |

The Preliminary Order of Forfeiture entered November 19, 2008, is hereby made final as to the defendant Russell Strickler and shall be incorporated into the Judgment in a Criminal Case filed on January 21, 2009.

Dated: March 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge