1  MARK J. REICHEL, Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 Capitol Mall, 3rd Floor Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258

4  Attorney for Defendant
   RUSSELL STRICKLER
5

6
                IN THE UNITED STATES DISTRICT COURT
7
               FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    )
10                              ) Case No.  CR.S-07-338-GEB
              Plaintiff,        )
11                              )
        v.                      ) **STIPULATION AND ORDER TO**
12                              ) **EXTEND DATE FOR SELF**
                                ) **SURRENDER**
13                              )
   RUSSELL STRICKLER            ) Date: March 20, 2009
14                              ) Time: n/a
              Defendant.        ) Judge: Hon. GARLAND E.
15 _____     BURRELL

16
        IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO that
17
   the date for the self surrender of the defendant to serve the
18
   term previously imposed shall be set for March 20, 2009 at
19
   2:00 p.m.
20
        The defendant has now been designated to a Federal
21
   Medical Facility in Massachusetts. He is a dialysis patient.
22
   His medical records, his test results and his various
23
   dialysis records are being provided, at the request of the
24
   institution, to the Medical Center, and they are setting up
25
   his scheduled and medically required dialysis schedule and
26
   procedures. This additional time is needed to get the records
27

28 Stip and Order

to the institution.

IT IS SO AGREED:

DATED: March 12, 2009         /s/
                              MARK J. REICHEL
                              ATTORNEY AT LAW
                              Attorney for defendant



DATED: March 12, 2009         LAWRENCE BROWN
                              UNITED STATES ATTORNEY


                              /s/ Mark Reichel
                              By LAUREL WHITE
                              ASSISTANT UNITED STATES ATTORNEY

IT IS SO ORDERED. All other orders of this court in shall remain in full force and effect.

Dated:  March 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                    2