MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
RUSSELL STRICKLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-338 GEB |
| Plaintiff, | REQUEST FOR ORDER EXONERATING ALL BAIL; **ORDER THEREON** |
| v. | |
| | Date: |
| | Time: |
| RUSSELL STRICKLER | Judge: GREGORY G. HOLLOWS |
| Defendant. | |

Defendant's case was closed in 2008, and he has been incarcerated since that time. Recently, his father desired to re finance his property and was advised that the lien in favor of this court had not been relinquished.

The defendant now moves for an order exonerating the bail in this case.

Request For Order

<u>ORDER</u>

GOOD CAUSE APPEARING, it is so ordered.

Bail is exonerated.

DATED: July 18, 2012

/s/ Gregory G. Hollows

_____

THE HONORABLE GREGORY G. HOLLOWS

UNITED STATES MAGISTRATE JUDGE