William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Russell Strickler

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RUSSELL STRICKLER,<br><br>　　　　　　　Defendant. | CASE NO.  2:07-CR-00338 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: May 31, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

　　　Defendant Russell Strickler, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for an admit/deny hearing on May 31, 2022.

　　　2.　　By this stipulation, the defendant now moves to continue the admit/deny hearing until June 14, 2022, at 9:30 a.m.

　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a)　　Defendant Strickler was hospitalized at UC Medical Center for kidney failure and further diagnosis but has been discharge and is now detained in custody at Sacramento County main jail.  Counsel for the defendant will need additional time to investigate the circumstances of

the new violation as well as discuss and negotiate any potential disposition in this matter with the plaintiff attorney and the assigned Probation Officer and to consult with client.

      b)      The government does not object to the continuance. USPO will be notified.

      c)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  May 26, 2022        /s/ William E. Bonham
                                             WILLIAM E. BONHAM
                                             Counsel for Defendant
                                             RUSSELL STRICKLER

Dated:  May 26, 2022        PHILLIP A, TALBERT
                                             Acting United States Attorney

                                             /s/ Shelley Weger
                                             SHELLEY WEGER
                                             Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of May 2022.

.

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE