William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Russell Strickler

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>RUSSELL STRICKLER,<br><br>           Defendant. | CASE NO.  2:07-CR-00338 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: July 26, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

### STIPULATION

Defendant Russell Strickler, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on July 12, 2022.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until July 26, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant Strickler was hospitalized at UC Medical Center for kidney failure and further diagnosis but has been discharge and is now detained in custody at Sacramento County main jail. Counsel for the defendant needs additional time to investigate the circumstances of the

new violation as well as discuss and negotiate any potential disposition in this matter with the plaintiff attorney and the assigned Probation Officer and to consult with client.

       b)       The government does not object to the continuance. USPO has been notified.

       c)       The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: July 7, 2022

/s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
RUSSELL STRICKLER

Dated: July 7, 2022

PHILLIP A, TALBERT
Acting United States Attorney

/s/ Shelley Weger
SHELLEY WEGER
Assistant United States Attorney

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of July 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE