William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Russell Strickler

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL STRICKLER,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:07-CR-00338 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: August 2, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Russell Strickler, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on August 2, 2022.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until August 16, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Defendant Strickler has raised questions about discrepancies in the Violation Petition. Counsel for the defendant needs additional time to investigate the discrepancies raised by client and to consult with client. The government does not object to the continuance. USPO

has been notified.

        b)       The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  August 1, 2022
      /s/ William E. Bonham
      WILLIAM E. BONHAM
      Counsel for Defendant
      RUSSELL STRICKLER

Dated:  August 1, 2022
      PHILLIP A, TALBERT
      Acting United States Attorney

      /s/ Shelley Weger
      SHELLEY WEGER
      Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of August 2022.

      /s/ John A. Mendez
      THE HONORABLE JOHN A. MENDEZ
      SENIOR UNITED STATES DISTRICT JUDGE