William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Russell Strickler

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>RUSSELL STRICKLER,<br><br>                    Defendant. | CASE NO.  2:07-CR-00338 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: August 16, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Russell Strickler, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on August 16, 2022.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until August 30, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendant Strickler has raised questions about discrepancies in the Violation Petition. Counsel for the defendant needs additional time to investigate the discrepancies raised by client and to consult with client due to counsel's illness last week. The government does not

object to the continuance. USPO has been notified.

    b)  The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  August 15, 2022         /s/ William E. Bonham
                    WILLIAM E. BONHAM
                    Counsel for Defendant
                    RUSSELL STRICKLER

Dated:  August 15, 2022         PHILLIP A, TALBERT
                    Acting United States Attorney

                    /s/ Shelley Weger
                    SHELLEY WEGER
                    Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of August, 2022.

.

                    /s/ John A. Mendez
                    THE HONORABLE JOHN A. MENDEZ
                    SENIOR UNITED STATES DISTRICT JUDGE