William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Russell Strickler

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>RUSSELL STRICKLER,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:07-CR-00338 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: August 30, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

　　Defendant Russell Strickler, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for an admit/deny hearing on August 30, 2022.

　　2.　　By this stipulation, the defendant now moves to continue the admit/deny hearing until September 13, 2022, at 9:30 a.m.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　Defendant Strickler has raised questions about discrepancies in the Violation Petition.  Counsel for the defendant needs additional time to investigate the discrepancies raised by client and to consult with client and AUSA/USPO.  The government does not object to the

continuance. USPO has been notified.

        b)        The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: August 25, 2022
/s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
RUSSELL STRICKLER

Dated: August 25, 2022
PHILLIP A, TALBERT
Acting United States Attorney

/s/ Shelley Weger
SHELLEY WEGER
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of August 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE