William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Russell Strickler

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>    v. <br><br> RUSSELL STRICKLER, <br><br>             Defendant. | CASE NO.  2:07-CR-00338 JAM <br><br> STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER <br><br> DATE: November 1, 2022 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Russell Strickler, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment & Sentencing on November 1, 2022.

2. By this stipulation, the defendant now moves to continue the Judgment & Sentencing hearing until November 29, 2022, at 9:00 a.m..

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant needs additional time to investigate and prepare Defense Sentencing Memorandum and to consult with client and AUSA/USPO.  The government does not object to the continuance. USPO has been notified.

b)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: October 31, 2022                    /s/ William E. Bonham
                                           WILLIAM E. BONHAM
                                           Counsel for Defendant
                                           RUSSELL STRICKLER


Dated: October 31, 2022                    PHILLIP A, TALBERT
                                           Acting United States Attorney


                                           /s/ Shelley Weger
                                           SHELLEY WEGER
                                           Assistant United States Attorney


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 31st day of October 2022.


                                           /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE